Michael A. Patterson, *Admitted Pro Hac Vice*
Donald F. Austin, *Admitted Pro Hac Vice*
2112 Third Avenue, Suite 500
Seattle, WA 98121
(206) 462-6700 – Phone
(206) 462-6701 – Facsimile
map@pattersonbuchanan.com
dfa@pattersonbuchanan.com
Attorneys for Plaintiffs

Jon Buchholdt, ID No. 9206023
Jon Buchholdt Law
731 I St.
Anchorage, AK 99501
(907) 272-6777
jon@buchholdt.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAMILY OUTREACH CENTER FOR UNDERSTANDING SPECIAL NEEDS, INC., dba FOCUS, INC.; CRAIG ROSE and JENNIFER ROSE, individually, and on behalf of their minor children, M.R. and K.R., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO INSURANCE SERVICES USA, INC., DOE AGENTS 1-10, and DOE CORPORATIONS 11-20,, <br><br> Defendants. | No. 3:13-cv-00174-JWS <br><br> NOTICE OF SETTLEMENT |

Plaintiffs Focus, Inc., Craig Rose and Jennifer Rose, individually and on behalf of their minor children, M.R. and K.R, hereby advise the Court that the matters raised in this case have been settled. Pursuant to District of Alaska Local Rule 68.3(b), a certified copy of the order of the Superior Court of the State of Alaska approving the settlement will be filed with this court

NOTICE OF SETTLEMENT - 1
3:13-cv-00174-JWS
383293

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

Case 3:13-cv-00174-JWS   Document 34   Filed 02/04/15   Page 1 of 3

1 along with a stipulation and proposed Order of Dismissal. Accordingly, the case may be
2 removed from the Court's trial calendar.
3     This notice is intended to satisfy the Court's Order of January 21, 2015, requiring the
4 Plaintiff to provide a status update to the Court regarding outstanding matters.
5     Dated: February 4, 2015.

                                        PATTERSON BUCHANAN
                                        FOBES & LEITCH, INC., P.S.

                                        By: *s/ Michael A. Patterson*
                                        By: *s/ Donald F. Austin*
                                            Michael A. Patterson, WSBA No. 7976
                                            *Admitted Pro Hac Vice*
                                            Donald F. Austin, WSBA No. 35293
                                            *Admitted Pro Hac Vice*
                                            Attorneys for Plaintiffs
                                            2112 Third Avenue, Suite 500
                                            Seattle, WA 98121
                                            map@pattersonbuchanan.com
                                            dfa@pattersonbuchanan.com

NOTICE OF SETTLEMENT - 2
3:13-cv-00174-JWS
383293

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

Case 3:13-cv-00174-JWS   Document 34   Filed 02/04/15   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Gary Zipkin
Mr. Joshua Van Gorkom
Mr. Jon Buchholdt

DATED this 4th day of February, 2015 at Seattle, Washington.

*s/ Carolyn D. Larcom*
Carolyn D. Larcom, Legal Assistant

NOTICE OF SETTLEMENT - 3
3:13-cv-00174-JWS
383293

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

Case 3:13-cv-00174-JWS Document 34 Filed 02/04/15 Page 3 of 3