IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FAMILY OUTREACH CENTER FOR UNDERSTANDING SPECIAL NEEDS, INC. dba FOCUS, INC., CRAIG ROSE and JENNIFER ROSE, Individually, and on behalf of their minor children, M.R. and K.R.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., DOE AGENTS 1-10, and DOE CORPORATIONS 11-20,<br><br>Defendants. | Case No. 3:13-cv-00174-JWS<br><br>ORDER OF DISMISSAL <u>WITH PREJUDICE</u> |

Based upon the stipulation of the parties, all of the claims asserted by plaintiffs, Family Outreach Center for Understanding Special Needs, Inc. dba FOCUS, Inc. and Craig Rose and Jennifer Rose, individually and on behalf of their minor children, M.R. and K.R., against Wells Fargo Insurance Services USA, Inc., Doe Agents 1-10, and Doe Corporations 11-20, are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees.

DATED this 6th day of March 2015.

/s/ John W. Sedwick
Senior United States District Judge